IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> JACQUELINE BESON, ) <br> ) <br> Respondent. ) | Case No. 09-CV-0578-C |

**ORDER OF DISMISSAL**

Petitioner's motion to dismiss on the ground that respondent has fully complied with the summons that is the subject of this action is hereby granted.

IT IS ORDERED that this action is DISMISSED.

Dated this 23d day of October 2009.

BY THE COURT

Barbara B. Crabb
HONORABLE BARBARA B. CRABB
District Judge